# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SCOTT RODDAN,

*Plaintiff*

v.

RUSSELL ALTMAN, LLC, a Nevada Corporation;
BENEFICIAL SOLUTIONS, LLC, a Nevada
Corporation; and RUSSELL ALTMAN, individually,

*Defendant*

Civil Action No. 2:15-cv-00220-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint (ECF No. 1) is dismissed with prejudice and without costs or attorneys' fees awarded to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a Stipulation of Dismissal (ECF No. 39).

Date: 5/16/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen